# Court of Appeals
# of the State of Georgia

ATLANTA, December 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0230. TARIK SHOMARI JACKSON v. THE STATE.**

In 2003, Tarik Jackson was convicted of eleven offenses, including armed robbery, kidnapping, and possession of a firearm during the commission of a crime, for which he was sentenced as a recidivist to life in prison without the possibility of parole. This Court affirmed his convictions on appeal. See *Jackson v. State*, 276 Ga. App. 77 (622 SE2d 423) (2005). Since that time, Jackson has filed multiple motions to correct or vacate a void sentence, all of which were denied or dismissed by the trial court.[1] In 2025, Jackson filed yet another motion to vacate a void sentence, which the trial court dismissed on August 26, 2025. Jackson filed a direct appeal from that August 26 order, which this Court dismissed for a failure to raise a valid void-sentence claim. *Jackson v. State*, Case No. A26A0545 (Oct. 22, 2025). And on October 15, 2025, Jackson filed an application for discretionary appeal seeking review of the August 26 order in the Supreme Court of Georgia, which transferred the application to this Court. See *Jackson v. State*, Case No. S26D0361 (Nov. 13, 2025).

Pretermitting whether the application was timely,[2] Jackson's application is barred. Our dismissal of Jackson's direct appeal in Case No. A26A0545 renders the current appeal barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327

---

[1] This Court dismissed an application for discretionary appeal of one of those decisions. See *Jackson v. State*, Case No. A16D0467 (Aug. 2, 2016).

[2] Though Jackson's certificate of service is dated September 19, 2025, his application was postmarked October 15, 2025. See Court of Appeals Rule 4 (c).

(713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court[.]") (citation and punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal"). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/17/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*